FILED

04/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0142

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0142

MATTHEW LEE SCHUCK,

Petitioner,

v.

CAPTAIN RAUSER,

Respondent.

FILED

APR 06 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Matthew Lee Schuck has filed his second verified Petition for a Writ of Habeas Corpus because he believes that he is incarcerated illegally. Schuck is being held at the Broadwater County Detention Facility.

Citing to § 46-12-201(2), MCA, Schuck challenges the jurisdiction of the Eleventh Judicial District Court, Flathead County. He contends that the District Court "did not at any time or in any place attain jurisdiction by a properly conducted arraignment by inquiring and attaining the defendant's true name as required by Montana statutory law." Schuck requests that all charges be dismissed because of this alleged due process violation.

Schuck also raises claims of ineffective counsel concerning his court-appointed counsel.

Schuck has not demonstrated illegal incarceration. Many of his claims are outside the scope of habeas corpus. Schuck's challenge to jurisdiction would be more appropriately raised in an appeal. *State v. Montgomery*, 2015 MT 151, ¶ 11, 379 Mont. 353, 350 P. 3d 77; *State v. Wright*, 2001 MT 282, ¶ 37, 307 Mont. 349, 42 P.3d 753. Schuck's claims of ineffective assistance of counsel may be presented either in an appeal or in a petition for postconviction relief, if he is convicted of the pending charges. Section 46-21-102, MCA. Schuck has not met his burden to convince this Court

that a writ should be issued. *Miller v. Eleventh Judicial Dist. Ct.*, 2007 MT 58, ¶ 14, 154 P.3d 1186.

As we have stated before, Schuck is represented by counsel in his pending criminal proceeding in the District Court. *Schuck v. Rauser*, No. OP 21-0123, Order denying petition for habeas corpus relief (Mont. Mar. 30, 2021). This Court cautions Schuck that during the pendency of his case there, he should refrain from filing petitions on his own behalf with this Court. M. R. App. P. 10(1)(c). Therefore,

IT IS ORDERED that Schuck's Petition for a Writ of Habeas Corpus is DENIED.

The Clerk is directed to provide a copy of this Order to Peg Allison, Clerk of District Court, Flathead County, under Cause No. DC-20-164B; to Allison Howard, Flathead County Deputy Attorney; to Daniel Wood, Schuck's Attorney; to counsel of record; to Captain Rauser, Broadwater County Detention Center, and to Matthew Lee Schuck personally.

DATED this ____ day of April, 2021.

Justices